IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CAROL A. WAKEFIELD                                                    PLAINTIFF

v.                            No. 4:19-cv-299-DPM

PARKSTONE PLACE RETIREMENT CENTER;
PARKSTONE LIVING CENTER, INC.;
PARKSTONE DEVELOPMENT, INC.;
PARKSTONE ASSISTED LIVING, INC.;
PARKSTONE HOLDINGS, LLC; and
MEDICAL ASSETS HOLDING COMPANY, LLC    DEFENDANTS

JUDGMENT

Wakefield's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2020